**Dismissed and Opinion Filed December 23, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01179-CV

**CONTINENTAL HERITAGE INSURANCE COMPANY, AGENT, PAT KINNARD DBA PAT KINNARD BAIL BONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F15-34067-L**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Molberg

Before the Court is appellant's motion to dismiss the appeal with prejudice. Pursuant to

Texas Rule of Appellate Procedure 42.1(a), we grant the motion and dismiss the appeal with

prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Ken Molberg//
KEN MOLBERG
JUSTICE

191179f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CONTINENTAL HERITAGE INSURANCE COMPANY, AGENT, PAT KINNARD DBA PAT KINNARD BAIL BONDS, Appellant

No. 05-19-01179-CV     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F15-34067-L.
Opinion delivered by Justice Molberg, Justices Reichek and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice.

Judgment entered this day 23rd of December 2019.